UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FEMI E. ISIJOLA,
     Plaintiff,

     v.                                     CA No. 23-cv-60-MRD-PAS

RHODE ISLAND DEPARTMENT OF
REVENUE, et al.,
     Defendants.

**JUDGMENT**

This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

Pursuant to the Memorandum and Order entered on March 10, 2026, and in accordance with Fed. R. Civ. P. 58, judgment is hereby entered dismissing this civil action.

It is so ordered.

March 10, 2026                           By the Court:

                                       /s/ Melissa R. DuBose

                                     U.S. District Judge